## City of Evanston, Appellee, v. Charter Ward, Appellant.

### Gen. No. 44,387.

opinion filed June 21, 1948; released for publication September 9, 1948. Ellis & Westbrooks, for appellant; Alvin A. Turner, of counsel; Erwin F. Stolle, for appellee. Opinion by JUSTICE SULLIVAN. Not to be published in full.


## John Plain Estate, Appellee, v. W. J. Golden, Appellant.

### Gen. No. 10,293.